# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

MALKIEL YUSUPOV,                    )
                                    )
     Petitioner,                   )
                                    )
v.                                  )    Case No.  4:17-cv-02085-KOB-HNJ
                                    )
DEPARTMENT OF HOMELAND              )
SECURITY, et al.,                   )
                                    )
     Respondents.                  )


## MEMORANDUM OPINION

This case is before the court on Respondents' Motion to Dismiss as Moot, filed May 16, 2018.  (Doc. 26).  In the motion, Respondents note Petitioner was released from ICE custody on May 8, 2018, pursuant to an Order of Supervision. Because Petitioner has been released, Respondents contend this case is due to be dismissed as moot.

On September 13, 2017, Petitioner filed a petition for writ of habeas corpus seeking to be released from custody pending the government's efforts to remove him to Uzbekistan.  (Doc. 1).  Because Petitioner has been released on an Order of Supervision, his petition seeking that very relief is moot.  *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir.2003) ("a case must be dismissed as moot if the court can no longer provide 'meaningful relief'"); *see also Spencer v. Kemna*, 523 U.S. 1,

7-8 (1998) (once a habeas petitioner is released from custody, he must demonstrate collateral consequences to avoid mootness doctrine). Accordingly, this matter is due to be dismissed. *Khader v. Holder*, 843 F. Supp. 2d 1202, 1202 (N.D. Ala. 2011).

A court will enter a separate Final Order.

**DONE** and **ORDERED** this 16th day of July, 2018.

**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT JUDGE